**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
                                    )
                                    )
                                    )
IN RE ELI LILLY & CO.               )      ORDER OF STAY
                                    )
                                    )
                                    )
                                    )
                                    )
_____)
```

All actions before the Honorable Samuel Conti which have Eli Lilly & Co. as a named defendant are hereby STAYED pending notification by the MDL Panel regarding transfer of these actions.

IT IS SO ORDERED.

Dated: June 13, 2006

_____
UNITED STATES DISTRICT JUDGE