

FILED

06 OCT 30 AM 11: 35

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 5 2006

FILED
CLERK'S OFFICE.

## DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

86-4132-SC

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-65)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1380 (J.P.M.L. 2004). Since that time, 1,284 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 2 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**SCHEDULE CTO-65 - TAG-ALONG ACTIONS
DOCKET NO. 1596
IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION**

DIST. DIV. C.A. #                    CASE CAPTION

CALIFORNIA NORTHERN
  CAN 3  06-3283          Colleen Lee McEachran, etc. v. Eli Lilly & Co.
  CAN 3  06-3910          Ceasaria Biltz, et al. v. Eli Lilly & Co.
  CAN 3  06-4130          Brandy Blake, et al. v. Eli Lilly & Co.
  CAN 3  06-4131          Lilly Barnes, et al. v. Eli Lilly & Co.
  CAN 3  06-4132          Roger Cater, et al. v. Eli Lilly & Co.

DISTRICT OF COLUMBIA
  DC 1  06-1338            Allen G. Martin v. Eli Lilly & Co.

ILLINOIS CENTRAL
  ILC 1  06-1182           Earl Hiland v. Eli Lilly & Co.

INDIANA SOUTHERN
  INS 1  06-1153           Garry Woodward v. Eli Lilly & Co.

MINNESOTA
  MN 0  06-3153            Joyce Alley, et al. v. Eli Lilly & Co.
  MN 0  06-3155            Alleta Bunnell, et al. v. Eli Lilly & Co.
  MN 0  06-3157            Scott Wilson, et al. v. Eli Lilly & Co.
  MN 0  06-3175            Refugio Alvarado, et al. v. Eli Lilly & Co.
  MN 0  06-3176            Linda Wygal, et al. v. Eli Lilly & Co.
  MN 0  06-3287            Bradford Land v. Eli Lilly & Co.

MISSISSIPPI SOUTHERN
  MSS 3  06-358            Anthony Ritter v. Eli Lilly & Co.

NEW JERSEY
  NJ 2  06-2799            Adrienne Harvard v. Eli Lilly & Co.

OHIO SOUTHERN
  OHS 1  06-505            James Tsikas v. Eli Lilly & Co.

PENNSYLVANIA EASTERN
  PAE 2  06-3063           Kevin Coberly v. Eli Lilly & Co.
  PAE 2  06-3352           Barbara Antrim, et al. v. Eli Lilly & Co.

TEXAS EASTERN
  TXE 4  06-310            Patricia Moreland v. Eli Lilly & Co.
  TXE 4  06-322            Linda Sailer v. Eli Lilly & Co.
  TXE 5  06-163            Karen Barber, et al. v. Eli Lilly & Co.

TEXAS SOUTHERN
  TXS 4  06-2628           John K. Ringer v. Eli Lilly & Co.

TEXAS WESTERN
  TXW 5  06-639            Agnes Jones v. Eli Lilly & Co.

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | **MEMBERS:**<br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland<br><br>Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit<br><br>Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | **DIRECT REPLY TO:**<br><br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:          [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

September 21, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached CTO-65)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>September 5, 2006</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By
Mecca S. Carter
Deputy Clerk

Attachment

cc:   Transferee Judge:       Judge Jack B. Weinstein
      Transferor Judges:      (See Attached List of Judges)
      Transferor Clerks:      (See Attached List of Clerks)

JPML Form 36

## INVOLVED COUNSEL LIST (CTO-65)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue
27th Floor
New York, NY 10167

Floyd Kenneth Bailey
Bailey Perrin Bailey, LLP
The Lyric Center
440 Louisiana Street
Suite 2100
Houston, TX 77002

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Charles H. Carpenter
Pepper Hamilton, LLP
600 14th Street, NW
Washington, DC 20005-2008

Jan M. Carroll
Barnes & Thornburg, LLP
11 S. Meridian Street
Suite 1313
Indianapolis, IN 46204

David J. Cutshaw
Cohen & Malad, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204

Ralph D. Davis
Janssen Law Center
333 Main Street
Peoria, IL 61602

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Kathleen Anne Frazier
Shook, Hardy & Bacon, LLP
600 Travis Street
Suite 1600
Houston, TX 77002

Nina M. Gussack
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Larry E. Hepler
Burroughs, Hepler, Broom, MacDonald, et al.
103 W. Vandalia Street
Suite 300
P.O. Box 510
Edwardsville, IL 62025-0510

Kenneth J. Ignozzi
Dyer, Garofalo, Mann & Schultz
131 North Ludlow Street
Suite 1400
Dayton, OH 45402-1110

Jeffrey A. Kaiser
Levin, Simes, Kaiser & Gornick, LLP
One Bush Street
14th Floor
San Francisco, CA 94104-4425

Larry L. Leifer
Leifer & Sheptock, PC
2066 Millburn Avenue
Maplewood, NJ 07040

Scott D. Levensten
Levensten Law Firm
1325 Spruce Street
Philadelphia, PA 19107

Daniel C. Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Aaron M. Levine
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W.
Suite 500
Washington, DC 20036

INVOLVED COUNSEL LIST (CTO-65) MDL-1596

Rhett A. McSweeney
McSweeney & Fay, PLLP
2116 Second Avenue, South
Minneapolis, MN 55404

Ted G. Meadows
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Bryan H. Mintz
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Hiawatha Northington, II
Northington, Chambers & Gaylor, PLLC
P.O. Box 1003
Jackson, MS 39215-1003

Gale Diane Pearson
Pearson, Randall & Schumacher, PA
400 South 4th Street
Suite 1012
Minneapolis, MN 55415

Eric N. Roberson
Law Office of Patrick J. Mulligan, P.C.
2911 Turtle Creek Boulevard
Suite 900
Dallas, TX 75219

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102-4573

Jennifer J. Spencer
Fulbright & Jaworski, L.L.P.
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

Deborah L. Sterling
Fulbright & Jaworski, L.L.P.
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

Justin Kurt Truelove
Patton, Tidwell & Schroeder, L.L.P.
4605 Texas Boulevard
P.O. Box 5398
Texarkana, TX 75503-5398

Anthony Vale
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Robin G. Weaver
Squire, Sanders & Dempsey, L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

Laurie A. Weiss
Fulbright & Jaworski, L.L.P.
300 Convent  Street
Suite 2200
San Antonio, TX 78205-3792

Frank Woodson
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

**INVOLVED JUDGES LIST (CTO-65)**
**DOCKET NO. 1596**
**IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION**

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse,
19th Floor
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Sarah Evans Barker
U.S. District Judge
210 Birch Bayh Federal Building &
U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Samuel F. Biery
U.S. District Judge
John H. Wood, Jr., U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

Hon. Dennis M. Cavanaugh
U.S. District Judge
United States District Court
451 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102-3513

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Legrome D. Davis
U.S. District Judge
5918 James A. Bryne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Henry H. Kennedy, Jr.
U.S. District Judge
6903 E. Barrett Prettyman
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Joe B. McDade
U.S. District Judge
122 Federal Building
100 N.E. Monroe
Peoria, IL 61602

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
P.O. Box 36060
San Francisco, CA 94102-3661

Hon. Louis H. Pollak
Senior U.S. District Judge
16613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Richard A. Schell
U.S. District Judge
U.S. Courthouse Annex,
Level Mezzanine
200 North Travis Street
Sherman, TX 75090

Hon. Patrick J. Schiltz
U.S. District Judge
U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Michael H. Schneider
U.S. District Judge
U.S. District Court
100 Federal Building
211 West Ferguson Street
Tyler, TX 75701

Hon. S. Arthur Spiegel
Senior U.S. District Judge
838 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

**INVOLVED CLERKS LIST (CTO-65)**
**DOCKET NO. 1596**
**IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION**

David J. Maland, Clerk
216 Federal Building
101 East Pecan Street
Sherman, TX 75090

David J. Maland, Clerk
U.S. District Court
301 U.S. Courthouse and Post Office Building
500 North State Line Avenue
Texarkana, TX 75501

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

John M. Waters, Clerk
309 Federal Building
100 N.E. Monroe Street
Peoria, IL 61602

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

William G. Putnicki, Clerk
John H. Wood, Jr.
U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

William T. Walsh, Clerk
Martin Luther King, Jr. Fed.
Bldg. & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

## SCHEDULE CTO-65 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  SEP 2 8 2006  ★

BROOKLYN OFFICE

DIST. DIV. C.A. #                                    CASE CAPTION

**CALIFORNIA NORTHERN**
CAN 3  06-3283 ω???          Colleen Lee McEachran, etc. v. Eli Lilly & Co. 06-CV-5320
CAN 3  06-3910 ???           Ceasaria Biltz, et al. v. Eli Lilly & Co.  06-CV-5321
CAN 3  06-4130 ???           Brandy Blake, et al. v. Eli Lilly & Co.  06-CV-5322
CAN 3  06-4131 ???           Lilly Barnes, et al. v. Eli Lilly & Co.  06-CV-5323
CAN 3  06-4132 ??            Roger Cater, et al. v. Eli Lilly & Co.  06-CV-5324

**DISTRICT OF COLUMBIA**
DC 1  06-1338                Allen G. Martin v. Eli Lilly & Co.  06-CV-5325

**ILLINOIS CENTRAL**
ILC 1  06-1182              Earl Hiland v. Eli Lilly & Co. 06-CV-5326

**INDIANA SOUTHERN**
INS 1  06-1153             Garry Woodward v. Eli Lilly & Co.  06-CV-5327

**MINNESOTA**
MN 0  06-3153             Joyce Alley, et al. v. Eli Lilly & Co.   06-CV-5328
MN 0  06-3155             Alleta Bunnell, et al. v. Eli Lilly & Co. 06-CV-5329
MN 0  06-3157             Scott Wilson, et al. v. Eli Lilly & Co. 06-CV-5330
MN 0  06-3175             Refugio Alvarado, et al. v. Eli Lilly & Co. 06-CV-5331
MN 0  06-3176             Linda Wygal, et al. v. Eli Lilly & Co.  06-CV-5332
MN 0  06-3287             Bradford Land v. Eli Lilly & Co.   06-CV-5333

**MISSISSIPPI SOUTHERN**
MSS 3  06-358            Anthony Ritter v. Eli Lilly & Co. 06-CV-5334

**NEW JERSEY**
NJ 2  06-2799            Adrienne Harvard v. Eli Lilly & Co.   06-CV-5335

**OHIO SOUTHERN**
OHS 1  06-505           James Tsikas v. Eli Lilly & Co.   06-CV-5336

**PENNSYLVANIA EASTERN**
PAE 2  06-3063          Kevin Coberly v. Eli Lilly & Co. 06-CV-5337
PAE 2  06-3352          Barbara Antrim, et al. v. Eli Lilly & Co. 06-CV-5338

**TEXAS EASTERN**
TXE 4  06-310           Patricia Moreland v. Eli Lilly & Co. 06-CV-5339
TXE 4  06-322           Linda Sailer v. Eli Lilly & Co.   06-CV-5340
TXE 5  06-163           Karen Barber, et al. v. Eli Lilly & Co. 06-CV-5341

**TEXAS SOUTHERN**
TXS 4  06-2628          John K. Ringer v. Eli Lilly & Co.   06-CV-5342

**TEXAS WESTERN**
TXW 5  06-639           Agnes Jones v. Eli Lilly & Co.   06-CV-5343